JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

GILBERT SPENCER, III

## DEFENDANTS

PRINCETON UNIVERSITY

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Derek R. Layser & Brett J. Kaminsky
Friedman Schuman, P.C., 101 Greenwood Avenue, 5th Floor
Jenkintown, PA 19046, 215-635-7200

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☒ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332(a)(1)

Brief description of cause:
Negligence of defendants

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
11/26/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Derek R. Layser

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GILBERT SPENCER, III** | **CASE NO.:** _____ |
| *Plaintiff* | |
| v. | **CIVIL ACTION** |
| **PRINCETON UNIVERSITY; MUNICIPALITY OF MERCER COUNTY; MUNICIPALITY OF PRINCETON JOHN DOES 1-3; and ABC, INC. 1-3** | **JURY TRIAL DEMANDED** |
| *Defendants* | |

## CIVIL ACTION-COMPLAINT

### I.    NATURE OF ACTION

1.    Plaintiff, Gilbert Spencer, III, a student at Princeton University, Class of 2022, brings this action against Defendants, Princeton University; Municipality of Mercer County; Municipality of Princeton; John Does 1-3; and ABC, Inc. 1-3, as a result of an injury that occurred on the campus of Princeton University on December 10, 2018.

### II.    PARTIES

2.    Plaintiff, Gilbert Spencer, III is a resident of the State of New York with a home address of 36 Arista Drive, Suite 200, Dix Hills, NY 11746, however, during the relevant time period, was student at Princeton University.

### III.    JURSIDICTION AND VENUE

3.    This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds seventy-five thousand dollars ($75,000.00) and there is complete diversity of citizenship among the parties.

4.      Venue is properly laid in the District of New Jersey because the subject accident occurred in and most of the witnesses are located in Somerset County, New Jersey.

5.      Plaintiff demands a trial by jury.

## IV.     OPERATIVE FACTS COMMON TO ALL COUNTS

6.      On Monday, December 10, 2018, Plaintiff, Gilbert Spencer, III (hereinafter "Plaintiff"), (DOB: January 7, 2000), a student at Princeton University, was lawfully on the premises of Princeton University.

7.      Plaintiff was riding his bicycle heading south along Washington Road, north of Goheen Walk.

8.      During his ride, Plaintiff, riding lawfully on the roadway, drove over a poorly maintained sewage grate (*picture below*), launching him from his bicycle to the ground, face first.



9.      Princeton First Aid and Rescue Squad (PFARS) were dispatched at 1616 hours, and transported Plaintiff to Princeton Medical Center.

10.     At the time and place of the incident at issue, Defendants, Princeton University; Municipality of Mercer County; Municipality of Princeton; John Does 1-3; and ABC, Inc. 1-3,

owned, operated, leased, maintained, controlled and were otherwise responsible for the condition of said premises, including but not limited to, its roads.

11.     The above-named Defendants, their agents, servants and employees, as well as independent contractors, were careless, negligent, and/or reckless in the ownership, operation, leasing, maintenance, inspection and/or control of said premises, so as to cause a dangerous and hazardous condition to exist thereon, and for their failure to take reasonable steps to remedy a dangerous condition on said premises, and for their failure to warn of a known danger on said premises, and were otherwise negligent.

12.     Due to the negligence, gross negligence, carelessness, and/or recklessness of the aforementioned Defendants, Plaintiff, Gilbert Spencer, III, was caused to fall on Defendants' premises, resulting in severe and permanent injuries.

13.     As a direct result of the negligent and careless conduct, acts and/or omissions on the part of the defendants, Plaintiff, Gilbert Spencer, III suffered the following injuries, conditions and damages, some or all of which may be permanent in nature:

      (a)   Permanent scarring;

      (b)   Dental implants;

      (c)   Numerous dental procedures;

      (d)   severe, permanent disabling injuries;

      (e)   serious disfigurement;

      (f)   pain and suffering;

      (g)   missed classes and school work;

      (h)   humiliation;

      (i)   embarrassment;

(j)    related fears from riding his bicycle on campus;

(k)    extensive medical treatment for his injuries;

(l)    medical expenses;

(m)    emotional distress;

(n)    anxiety;

(o)    loss of wages and impairment of earnings capacity;

(p)    other economic damages;

(q)    loss of life's pleasures; and

(r)    other injuries and conditions as documented in his medical records.

**COUNT I**
**Negligence**
**Plaintiff v. Defendants**

14.    Plaintiff incorporates by reference the averments contained in the above paragraphs as though fully set forth herein at length.

15.    At all times relevant hereto, Defendants, owned, operated, leased, maintained, controlled and were otherwise responsible for the condition of said premises, including but not limited to, its roads and were therefore responsible for the safety of all those using those roads.

16.    Plaintiff Gilbert Spencer, III's injuries and damages were caused by the negligent and careless conduct, acts and/or omissions on the part of the Defendants, by and through their employees, agents, servants and/or workmen, in:

(a)    Failure to properly maintain its roadways;

(b)    Failure to properly maintain its grate system;

(c)    Failure to prevent harm to those using the roadways, such as Gilbert Spencer, III;

(d)    Failure to prevent severe and permanent injuries to those using the roadways, such as Gilbert Spencer, III;

(e)   Failure to provide adequate warnings and/or precautions for dangers on its premises;

(f)   Failure to prevent dangers on its roadways;

(g)   Failure to maintain areas surrounding grate system;

(h)   Failure to properly monitor its roadways;

(i)   Failure to properly monitor its grate system; and

(j)   Such other negligent and careless conduct, acts and/or omissions as may be revealed upon further investigation and/or discovery in this action.

**WHEREFORE**, Plaintiff, Gilbert Spencer, III, hereby demands judgment against Defendants, Princeton University; Municipality of Mercer County; Municipality of Princeton; John Does 1-3; and ABC, Inc. 1-3, jointly and severally, for all actual and compensatory damages in an amount in excess of the prevailing federal arbitration limit, together with such other relief as this Honorable Court deems just and proper under the circumstances.

**FRIEDMAN SCHUMAN, P.C.**

Date:   11/26/2019                          By: _____

Derek R. Layser
Brett J. Kaminsky
101 Greenwood Avenue, 5th Floor
Jenkintown, PA 19046
P: 215-690-3817
dlayser@fsalaw.com
bkaminsky@fsalaw.com
*Attorneys for Plaintiff*

{Client Files/011861/00000/01314700.DOCX;1}