UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 23-1663 & 23-1689
_____

GILBERT SPENCER, III,
　　　　　　　　　　Appellant

v.

PRINCETON UNIVERSITY; MUNICIPALITY OF MERCER COUNTY;
MUNICIPALITY OF PRINCETON; JOHN DOES, 1–3; ABC, INC. 1–3

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-19-cv-20945)
District Judge: Honorable Georgette Castner
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on February 2, 2024

Before: KRAUSE, PORTER, and CHUNG, *Circuit Judges*

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted on February 2, 2024.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the orders of the District Court entered on February 28, 2023, and April 11, 2023, be and the same are hereby **AFFIRMED**. Costs shall be taxed against Appellant.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 13, 2024

**Certified as a true copy and issued in lieu of a formal mandate on** March 6, 2024

**Teste:**
**Clerk, U.S. Court of Appeals for the Third Circuit**

2